546 A.2d 619
**COMMONWEALTH of Pennsylvania, Respondent,**
v.
**Ruben MASCITTI, Petitioner.**
Supreme Court of Pennsylvania.
Aug. 31, 1988.

236

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court is reversed, judgment of sentence is vacated and the case is remanded to the Court of Common Pleas of Crawford County to reinstate Petitioner's plea of *nolo contendere* and for imposition of sentence.